Hillsborough,
Nov. 4, 1913.

BOSTON & MAINE RAILROAD *& a. v.* DANIEL J. GALLAGHER *& a.*

BILL IN EQUITY, to enjoin the defendants from entering the station and grounds of the plaintiff railroad, in Manchester, to solicit the carriage of baggage for passengers. The defendants demurred. The essential facts are the same as in *Hedding* v. *Gallagher*, 72 N. H. 377. Transferred without ruling from the May term, 1911, of the superior court by *Plummer*, J.

*Branch & Branch*, for the plaintiffs.

*James A. Broderick*, for the defendants.

PEASLEE, J. A majority of the court being of the opinion that the decision in *Hedding* v. *Gallagher*, 72 N. H. 377, should stand, there is no occasion to further consider the questions discussed therein.

A defence now made for the first time is that a decree for the plaintiffs will deprive the defendants of the rights guaranteed to them under the fourteenth amendment to the constitution of the United States. No argument in support of this proposition has been furnished, and the authorities are decisive against it. *Slaughter-house Cases*, 16 Wall. 36.

*Demurrer overruled.*

All concurred.